# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
**Bryan McLaughlin**

DEBTOR : BKY. NO. 18-14974AMC13

### ORDER DIRECTED TO DEBTOR'S EMPLOYER

AND NOW, on this 8th day of August ,2018, upon consideration of the debtor's application for payroll deductions, it is

ORDERED that SEPTA, 1234 Market Street, Floor 9, Philadelphia, PA 19107 – Attn: Payroll Department is directed to deduct from the wages of Bryan McLaughlin, EE #12976, SOCIAL SECURITY #xxx-xx-6202. This should be done immediately in the sum of **$135.00 WEEKLY.** The sums so deducted are to be remitted as follows:

**$135.00 WEEKLY TO:**        William C. Miller, Esquire
                              Chapter 13 Trustee
                              P.O. Box 1799
                              Memphis, TN 38101-1799

4

BY THE COURT:

_____
Ashely M. Chan
U.S. Bankruptcy Judge

Copies Mailed to:

Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1799
Memphis, TN 38101-1799

SEPTA
1234 Market Street, Fl.9
Philadelphia, PA  19107
Attn:  Payroll Department

Bryan McLaughlin
2968 E. Thompson Street
Philadelphia, PA 19134