```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                              Case No. 18-14974-amc
Bryan McLaughlin                                                    Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW              Page 1 of 1              Date Rcvd: Aug 08, 2018
                              Form ID: pdf900             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2018.
```
db             +Bryan McLaughlin,    2968 E. Thompson Street,    Philadelphia, PA 19134-4936
               +SEPTA,   1234 Market Street, Floor 9,    Attn:Payroll Dept,    Philadelphia, PA 19107-3701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

```
            ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                          Signature:  /s/Joseph Speetjens 

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              MICHAEL A. CIBIK2    on behalf of Debtor Bryan  McLaughlin ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** <br> **Bryan McLaughlin** | : | CHAPTER 13 |
| **DEBTOR** | : | BKY. NO.   18-14974AMC13 |

## ORDER DIRECTED TO DEBTOR'S EMPLOYER

AND NOW, on this 8th day of August ,2018, upon consideration of the debtor's application for payroll deductions, it is

ORDERED that SEPTA, 1234 Market Street, Floor 9, Philadelphia, PA 19107 – Attn: Payroll Department is directed to deduct from the wages of Bryan McLaughlin, EE #12976, SOCIAL SECURITY #xxx-xx-6202. This should be done immediately in the sum of **$135.00 WEEKLY.** The sums so deducted are to be remitted as follows:

**$135.00 WEEKLY TO:**       William C. Miller, Esquire
                             Chapter 13 Trustee
                             P.O. Box 1799
                             Memphis, TN 38101-1799

4

BY THE COURT:

_____
Ashely M. Chan
U.S. Bankruptcy Judge

Copies Mailed to:

Cibik & Cataldo, P.C.  
1500 Walnut Street, Suite 900  
Philadelphia, PA  19102

SEPTA  
1234 Market Street, Fl.9  
Philadelphia, PA  19107  
Attn:  Payroll Department

William C. Miller, Esquire  
Chapter 13 Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

Bryan McLaughlin  
2968 E. Thompson Street  
Philadelphia, PA 19134

William C. Miller, Esquire  
Chapter 13 Trustee  
P.O. Box 1799  
Memphis, TN 38101-1799