# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
**Bryan McLaughlin**

DEBTOR : BKY. NO.  18-14974AMC13

### AMENDED ORDER DIRECTED TO DEBTOR'S EMPLOYER

AND NOW, on this 4th day of March ,2019, upon consideration of the debtor's application for payroll deductions, it is

ORDERED that SEPTA, 1234 Market Street, Floor 9, Philadelphia, PA 19107 – Attn: Payroll Department is directed to deduct from the wages of Bryan McLaughlin, EE #12976, SOCIAL SECURITY #xxx-xx-6202. This should be done immediately in the sum of **$212.50 WEEKLY.** The sums so deducted are to be remitted as follows:

**$212.50 WEEKLY TO:**    William C. Miller, Esquire
Chapter 13 Trustee
 P.O. Box 1799
Memphis, TN 38101-1799
Bankruptcy No. 18-14974AMC13

BY THE COURT:

**Date: March 4, 2019**    _____
Ashely M. Chan
U.S. Bankruptcy Judge