United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-14974-amc
Bryan McLaughlin                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW           Page 1 of 1              Date Rcvd: Mar 05, 2019
                            Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
db             +Bryan McLaughlin,    2968 E. Thompson Street,    Philadelphia, PA 19134-4936
               +SEPTA,   1234 Market Street,   Floor 9,   Philadelphia, PA 19107-3701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
         KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
          bkgroup@kmllawgroup.com
         LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
          dmaurer@pkh.com;mgutshall@pkh.com
         MICHAEL A. CATALDO2    on behalf of Debtor Bryan  McLaughlin ecf@ccpclaw.com,
          igotnotices@ccpclaw.com
         MICHAEL A. CIBIK2    on behalf of Debtor Bryan  McLaughlin ecf@ccpclaw.com,
          igotnotices@ccpclaw.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:** : CHAPTER 13
**Bryan McLaughlin**

**DEBTOR** : BKY. NO.  18-14974AMC13

AMENDED ORDER DIRECTED TO DEBTOR'S EMPLOYER

AND NOW, on this 4th day of March ,2019, upon consideration of the debtor's application for payroll deductions, it is

ORDERED that SEPTA, 1234 Market Street, Floor 9, Philadelphia, PA 19107 – Attn: Payroll Department is directed to deduct from the wages of Bryan McLaughlin, EE #12976, SOCIAL SECURITY #xxx-xx-6202. This should be done immediately in the sum of **$212.50 WEEKLY.** The sums so deducted are to be remitted as follows:

**$212.50 WEEKLY TO:**        William C. Miller, Esquire
                              Chapter 13 Trustee
                              P.O. Box 1799
                              Memphis, TN 38101-1799
                              Bankruptcy No. 18-14974AMC13

                              BY THE COURT:

**Date: March 4, 2019**         _____
                              Ashely M. Chan
                              U.S. Bankruptcy Judge