# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                               :        CHAPTER 13
Bryan McLaughlin

      DEBTOR              :        BKY. NO. 18-14974AMC13

## CERTIFICATION OF NO RESPONSE

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

                                                    Respectfully Submitted,

Date:  March 19, 2019            _____s/_____
                                                 MICHAEL A. CATALDO, ESQUIRE
                                                 CIBIK & CATALDO, P.C.
                                                 1500 WALNUT STREET, STE. 900
                                                 PHILADELPHIA, PA  19102
                                                 (215) 735-1060