United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14974-mdc |
| Bryan McLaughlin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 27, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bryan McLaughlin, 2968 E. Thompson Street, Philadelphia, PA 19134-4936 |
| | + | SEPTA, 1234 Market Street, Floor 9, Attn: Payroll Department, Philadelphia, PA 19107-3701 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 29, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL A. CATALDO2 | on behalf of Debtor Bryan McLaughlin ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Bryan McLaughlin ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: May 27, 2021 Form ID: pdf900 Total Noticed: 2

ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Bryan McLaughlin

DEBTOR : BKY. NO. 18-14974

AMENDED ORDER DIRECTED TO DEBTOR'S EMPLOYER

AND NOW, on this **27th** day of **May** 2021, upon consideration of the debtor's application for payroll deductions, it is

ORDERED that SEPTA, 1234 Market Street, Floor 9, Philadelphia, PA 19107 – Attn: Payroll Department is directed to deduct from the wages of Bryan McLaughlin, EE #12976, SOCIAL SECURITY #xxx-xx-6202. This should be done immediately in the sum of **$151.50 WEEKLY.** The sums so deducted are to be remitted as follows:

**$151.50 WEEKLY TO:**      William C. Miller, Esquire
                            Chapter 13 Trustee
                            P.O. Box 1799
                            Memphis, TN 38101-1799
                            Bankruptcy No. 18-14974AMC13

                            BY THE COURT:

                            _Magdeline D. Coleman_
                            _____
                            Magdeline D. Coleman
                            Chief U.S. Bankruptcy Judge