**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                         Chapter 13
BRYAN  MCLAUGHLIN


                    **Debtor**              **Bankruptcy No.** 18-14974-MDC

# <u>O R D E R</u>

AND NOW, this ___13th_____ day of _____July_____, 202<u>3</u>, upon consideration of the Motion
to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby
**ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.


IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from
payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a
Motion for Alternative Disbursement within 21 days of the entry of this Order.


_____
  Honorable Magdeline D. Coleman
Chief Bankruptcy Judge


Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MICHAEL A. CIBIK, ESQ.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102-


Debtor:
BRYAN  MCLAUGHLIN

2968 E. THOMPSON STREET

PHILADELPHIA, PA 19134