United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14974-mdc |
| Bryan McLaughlin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 13, 2023 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bryan McLaughlin, 2968 E. Thompson Street, Philadelphia, PA 19134-4936 |
| 14172382 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14172383 | | PA. Housing Finance Authority, 211 N Front Street, Harrisburg, PA 17101-1406, Attn: John Goryl, Esquire |
| 14176178 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o KEVIN MCDONALD, KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 14 2023 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2023 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14172376 | | Email/Text: megan.harper@phila.gov | Jul 14 2023 00:20:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14172377 | | Email/Text: megan.harper@phila.gov | Jul 14 2023 00:20:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14250762 | | Email/Text: megan.harper@phila.gov | Jul 14 2023 00:20:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14172373 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2023 00:25:44 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14172374 | + | Email/Text: ecf@ccpclaw.com | Jul 14 2023 00:20:00 | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14172375 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2023 01:29:11 | Citibank/Sunoco, Citibank Corp/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14172378 | + | Email/Text: bankruptcy@philapark.org | Jul 14 2023 00:20:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14172379 | | Email/Text: bankruptcycourts@equifax.com | Jul 14 2023 00:20:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14172380 | ^ | MEBN | Jul 14 2023 00:17:42 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14172381 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 14 2023 00:20:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14197172 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 14 2023 00:20:00 | PECO Energy Company, 2301 Market Street, |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 13, 2023 | Form ID: pdf900 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | | S4-1, Philadelphia, PA 19103-1380 |
| 14209094 | + Email/Text: blegal@phfa.org | Jul 14 2023 00:20:00 | | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14172385 | ^ MEBN | Jul 14 2023 00:17:49 | | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14172384 | Email/Text: bankruptcygroup@peco-energy.com | Jul 14 2023 00:20:00 | | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14172386 | + Email/Text: bankruptcy@philapark.org | Jul 14 2023 00:20:00 | | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14172387 | Email/Text: DASPUBREC@transunion.com | Jul 14 2023 00:20:00 | | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHAEL A. CIBIK | on behalf of Debtor Bryan McLaughlin mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Chapter 13
BRYAN MCLAUGHLIN

Debtor  Bankruptcy No. 18-14974-MDC

# ORDER

**AND NOW**, this __13th__ day of __July__, 202_3_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Magdeline D. Coleman
Chief Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
MICHAEL A. CIBIK, ESQ.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102-

Debtor:
BRYAN MCLAUGHLIN

2968 E. THOMPSON STREET

PHILADELPHIA, PA 19134